IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Yongxiang Chan, | Case Number: 25-cv-10332 |
| | |
| | Honorable Manish S. Shah |
| Plaintiff, | |
| v. | |
| The Partnerships and Unincorporated Associations Identified on Schedule A, | |
| Defendants. | |

**(UNKNOWN IF OPPOSED) FIRST MOTION OF DEFENDANT
FOR EXTENSION OF TIME TO ANSWER OR PLEAD**

NOW COMES the Defendant, 7 PVTHIEN (A36F1YGGFK5ZO5), ("Defendant"), through counsel, and respectfully requests this Court extend the time by 21 days to respond to the Complaint. In support:

1. This is the first extension motion filed by the Defendant.

2. The undersigned was retained today and has sought settlement negotiations with the Plaintiff.

3. The Defendant needs additional time to try and reach an agreement, or if not, respond to Plaintiff's Complaint.

4. This Court may, for good cause, extend the time by which Defendant's response is due if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b)(1)(A).

5. The Defendant requests this Court extend the date 21 days from the date of this filing on which Defendant must respond to Plaintiff's Complaint, if ultimately necessary, to November 5, 2025.

6. The undersigned contacted Plaintiff this morning concerning this Motion, but has not received a reply as of this filing.

WHEREFORE, for the foregoing reasons, 7 PVTHIEN (A36F1YGGFK5ZO5) respectfully requests this Honorable Court enter an Order: Extending the date on which its response to Plaintiff's Complaint is due 21 days to November 5, 2025.

October 15, 2025  Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies on October 15, 2025 that a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie St., Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com